```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 30, 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DUNCAN GALVANIZING
CORPORATION, individually and on behalf
of all those similarly situated,

                Plaintiff,

-v-

THE LONDON METAL EXCHANGE
LIMITED, et al.,

                Defendants.
------------------------------------------------------------X

14-cv-3728 (KBF)

ORDER

OKLAHOMA STEEL AND WIRE CO.,
INC., et al., individually and on behalf of all
those similarly situated,

                Plaintiffs,

-v-

GLENCORE XSTRATA, PLC, et al.,

                Defendants.
------------------------------------------------------------X

14-cv-4290 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

      In light of the availability of the parties and the Court's schedule, it is hereby

      ORDERED that the initial pretrial conference that was previously scheduled for July 25, 2014 shall be held on **July 23, 2014 at 2:00 p.m.**

IT IS FURTHER ORDERED that oppositions to motions to appoint lead plaintiff and lead counsel shall be filed not later than **July 22, 2014 at 3:00 p.m.**

SO ORDERED.

Dated:    New York, New York
          June 30, 2014

_____
KATHERINE B. FORREST
United States District Judge