USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 1 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
DUNCAN GALVANIZING :
CORPORATION, individually and on behalf :
of all those similarly situated, :
: 14-cv-3728 (KBF)
Plaintiff, : and related actions
-v- :
: ORDER
:
THE LONDON METAL EXCHANGE :
LIMITED, et al., :
:
Defendants. :
:
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

In light of the Court's schedule, the initial pretrial conference scheduled for July 23, 2014 shall take place at **1:00 p.m.** that day.

SO ORDERED.

Dated:     New York, New York
           July 11, 2014

                                         _____
                                              KATHERINE B. FORREST
                                            United States District Judge