

**Grant & Eisenhofer P.A.**

485 Lexington Avenue   New York, NY 10017   Tel: 646-722-8500   Fax: 646-722-8501

123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000
Fax: 302-622-7100

1747 Pennsylvania Avenue, N.W., Suite 875
Washington, DC 20006
Tel: 202-386-9500
Fax: 202-386-9505

Linda P. Nussbaum
Director
Tel: 646-722-8504
lnussbaum@gelaw.com

30 N. LaSalle Street, Suite 1200
Chicago, IL 60602
Tel: 312-214-0000
Fax: 312-214-0001

<u>VIA ECF AND EMAIL</u>

September 16, 2014

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 2 2 2014
```

Re:   *In re Zinc Antitrust Litigation*, 14 Civ. 3728 (KBF)

Dear Judge Forrest:

I write as Interim Co-Lead Counsel for Plaintiffs in the above-styled matter.

Plaintiffs respectfully request that the time for filing a consolidated amended complaint in *Zinc* be extended until thirty (30) days after the Court has ruled on the second round of motions concerning Direct Purchaser Plaintiffs' forthcoming proposed amended complaint, which is to be filed in accordance with the Court's procedures in the *Aluminum Warehousing Antitrust Litigation* ("*Aluminum*"). (*See* 13 MD 2481, ECF 571, 572 & 577.)

In support of this request, Plaintiffs provide the following information under Rule 1.G.ii of the Court's Individual Rules of Practice in Civil Cases:

   a. **Original due date:**

      Consolidated Amended Complaint: September 30, 2014.

   b. **Proposed new due date:**

      Thirty (30) days after the Court has ruled on the second round of motions concerning Direct Purchaser Plaintiffs' forthcoming proposed amended complaint in *Aluminum*.



Hon. Katherine B. Forest
Page 2 of 2

c. **Previous requests:**

None.

d. **Requests granted or denied:**

Not applicable.

e. **Whether Defendants consent:**

Having conferred with Defendants, Plaintiffs represent that Defendants consent to this request, so long as Plaintiffs agree not to pursue any discovery in the interim in *Zinc* before the *Zinc* amended complaint is filed and Defendants have ample time to respond to the complaint.

Plaintiffs agree to these conditions should the Court grant the relief requested herein.[1]

f. **Brief explanation for request:**

In setting the current *Zinc* schedule for a consolidated amended complaint and Defendants' responses thereto, the Court pegged the current *Zinc* due date for amendment to its then forthcoming rulings on the motions to dismiss in *Aluminum*. Estimating its rulings in *Aluminum* to be issued on or about August 29, 2014, the Court ordered that the *Zinc* consolidated amended complaint be filed approximately 30 days later, on September 30, 2014. (*See* ECF 74.)

In its dismissal order in *Aluminum*, the Court invited Direct Purchaser Plaintiffs to file a proposed amended complaint and it set a procedure for briefing; the Court has since suspended all other deadlines in *Aluminum*. (*See* 13 MD 2481, ECF 571, 572 & 577.)

Were the Court to order the requested relief, it would further conserve judicial resources, by (i) allowing the parties in *Zinc* to be further informed by the Court's continuing guidance in *Aluminum*; and by (ii) further aligning the *Zinc* schedule with the *Aluminum* schedule.

Respectfully submitted,

Linda P. Nussbaum

cc: Counsel of Record

*Ordered
Application granted.
K. B. For
USDJ
9/19/14*

---

[1] With the agreement of counsel to plaintiff therein, this agreement also applies to the related action *Galvanizers Company v. London Metal Exchange Limited, et al.*, Case No. 14 Civ. 5066 (KBF).