

**Grant & Eisenhofer P.A.**

485 Lexington Avenue   New York, NY 10017   Tel: 646-722-8500   Fax: 646-722-8501

123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000
Fax: 302-622-7100

1747 Pennsylvania Avenue, N.W., Suite 875
Washington, DC 20006
Tel: 202-386-9500
Fax: 202-386-9505

30 N. LaSalle Street, Suite 1200
Chicago, IL 60602
Tel: 312-214-0000
Fax: 312-214-0001

WRITER'S DIRECT DIAL NUMBER
(646) 722-8516
Email: pbarile@gelaw.com

VIA ECF

May 18, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

    Re:    In re Zinc Antitrust Litigation, 14 Civ. 3728 (KBF)

Dear Judge Forrest:

    I write for Grant & Eisenhofer P.A. to inform the Court that Grant & Eisenhofer P.A. will not be filing an opposition to "PLAINTIFF'S CORRECTED AND AMENDED MOTION TO AMEND CASE MANAGEMENT ORDER NO. 1 (ECF 72) FOR SUBSTITUTION OF CO-LEAD COUNSEL," (ECF 93).

Respectfully submitted,

Peter A. Barile III

cc: Counsel of Record