UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: ZINC ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:
DIRECT PURCHASER ACTIONS

Civil Action No. 1:14cv03728-KBF
Honorable Katherine B. Forrest

## [PROPOSED] ORDER GRANTING PLAINTIFF'S CORRECTED AND AMENDED MOTION TO AMEND CASE MANAGEMENT ORDER NO. 1 (ECF 72) FOR SUBSTITUTION OF CO-LEAD COUNSEL

Having considered the motion of Plaintiff Duncan Galvanizing Corporation and the supporting papers submitted therewith, the Court hereby GRANTS said motion and amends Case Management Order No. 1 (ECF 72) by having Linda P. Nussbaum and the firm of Nussbaum Law Group, P.C. substituted for Grant & Eisenhofer P.A. ("G&E") as Interim Co-Lead Counsel for the proposed class of Direct Purchasers.

SO ORDERED.

Dated: May 20, 2015

_____
Katherine B. Forrest
United States District Court Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 21 2015