# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

1440 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20005-2111
———
TEL: (202) 371-7000
FAX: (202) 393-5760
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO

DIRECT DIAL
(202) 371-7500
DIRECT FAX
(202) 661-9191
EMAIL ADDRESS
JOHN.NANNES@SKADDEN.COM

August 3, 2015

**VIA HAND DELIVERY**

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> RE: *In re Zinc Antitrust Litigation*,
> Case No. 14 Civ. 3728 (KBF)

Dear Judge Forrest:

    Enclosed please find courtesy copies of the Notice of Motion by Pacorini Metals USA, LLC to Dismiss Plaintiffs' Consolidated Amended Complaint, and the accompanying Memorandum of Law in Support thereof. Both the Notice and Memorandum of Law were filed via ECF today in the above-referenced matter.

Sincerely,

/s/ John M. Nannes

John M. Nannes

Enclosures

cc: Counsel of Record (via ECF)