**COVINGTON**

BEIJING   BRUSSELS   LONDON   LOS ANGELES
NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Henry B. Liu

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5536
hliu@cov.com

**By Hand Delivery**                                                October 19, 2015

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY  10007

      **Re:  In Re Zinc Antitrust Litig., No. 14-CV-3728 (KBF)**

Dear Judge Forrest:

      Enclosed please find a courtesy copy of Defendants J.P. Morgan Securities plc, J.P. Morgan Ventures Energy Corporation, and Henry Bath LLC's Reply in Support of their Motion to Dismiss.

      Sincerely,

      s/  Henry B. Liu

Enclosure

cc:  Counsel of Record (via ECF)

DC: 5867951-1