# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

October 20, 2015

Via Hand Delivery

The Honorable Katherine B. Forrest,
 United States District Court,
  Southern District of New York,
   500 Pearl Street,
    New York, New York 10007-1312.

   Re: *In re Zinc Antitrust Litigation*, 14-cv-3728 (KBF)

Dear Judge Forrest:

   Defendants in the above-captioned action respectfully submit the following reply memoranda in further support of their motions to dismiss that were recently filed electronically in the ECF system:

- The Goldman Sachs and Metro Defendants' Reply in Further Support of Their Motion to Dismiss Plaintiffs' Consolidated Amended Complaint (ECF No. 143).

- J.P. Morgan Securities plc, J.P. Morgan Ventures Energy Corporation, and Henry Bath LLC's Reply in Support of Their Motion to Dismiss (ECF No. 144).

- Glencore Ltd.'s Reply Memorandum of Law in Further Support of Its Motion to Dismiss Plaintiffs' Consolidated Amended Complaint (ECF No. 146).

- Reply Memorandum of Defendant Pacorini Metals USA, LLC in Support of Its Motion to Dismiss Plaintiffs' Consolidated Amended Complaint (ECF No. 147).

The Honorable Katherine B. Forrest                                                                 -2-

       Also enclosed is a CD containing electronic copies of Defendants' reply memoranda and the authorities cited therein.

       As a convenience to the Court, we also have enclosed copies of Defendants' opening memoranda in support of their motions to dismiss.

Respectfully submitted,

Richard C. Pepperman, II

cc:    All Counsel of Record (via ECF)