# Curtis, Mallet-Prevost, Colt & Mosle llp

| | | | |
|---|---|---|---|
| Almaty | Istanbul | | |
| Ashgabat | London | **Attorneys and Counsellors at Law** | Telephone +1 212 696 6000 |
| Astana | Mexico City | | Facsimile +1 212 697 1559 |
| Beijing | Milan | 101 Park Avenue | www.curtis.com |
| Buenos Aires | Muscat | New York, New York 10178-0061 | |
| Dubai | Paris | | |
| Frankfurt | Rome | | **Eliot Lauer** |
| Houston | Washington, D.C. | | Tel: +1 212 696 6192 |
| | | | Fax: +1 917 368 8992 |
| | | | E-Mail: elauer@curtis.com |

March 8, 2016

**VIA ECF**

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

    Re:    *In re Zinc Antitrust Litig.*, No. 14 Civ. 3728 (KBF)

Dear Judge Forrest:

    We represent defendant Glencore Ltd. in the above-referenced matter. We write on behalf of all parties in this matter pursuant to Rule 1.B. of Your Honor's Individual Rules and in response to your March 4, 2016 email regarding oral argument for defendant Glencore Ltd.'s and Pacorini Metals USA LLC's respective motions to dismiss on April 22, 2016 at 9:00 am. Counsel for Glencore Ltd. is unavailable on April 22 due to travel related to the Passover holiday, but we have conferred with counsel for the other parties, and all parties are available on April 20, 2016. Accordingly, if April 20 is convenient for the Court, we respectfully request that the Court schedule oral argument for that day.

    Respectfully Submitted,

    /s/ Eliot Lauer
    Eliot Lauer

Enclosures
cc:    All Counsel of Record (via ECF)