**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE ZINC ANTITRUST LITIGATION

This document relates to:

ALL CASES

Case No. 14 Civ. 3728 (PAE)
Hon. Paul A. Engelmayer

### ORDER GRANTING APPLICANT'S APPLICATION FOR THE ISSUANCE OF INTERNATIONAL LETTERS ROGATORY (LETTER OF REQUEST)

THIS MATTER comes before the Court pursuant to Defendant Glencore Ltd.'s Application for the Issuance of International Letters Rogatory (the "Application"). The Court, having considered the Application, hereby ORDERS that the Application is GRANTED. This Court will issue the Letter of Request attached hereto seeking the assistance of the Ontario Superior Court of Justice, Toronto Region, in obtaining evidence from Hudbay Minerals Inc., a company based in Ontario, Canada.

So Ordered this 2d day of January, 2020.

*Paul A. Engelmayer*

Hon. Paul A. Engelmayer
United States District Court