UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE ZINC ANTITRUST LITIGATION

This document relates to:

ALL ACTIONS

---

14 Civ. 3728 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court is in the process of reviewing plaintiffs' motion for preliminary approval of the proposed class settlement and supporting documents. The Court would benefit from the opportunity to review the Confidential Supplement referenced at paragraph 43 of Exhibit A to plaintiffs' motion. The Court asks counsel to deliver the Confidential Supplement to the Court's chambers by close of business Friday, July 30, either by email or by express mail. Counsel are directed to notify chambers, by email, of the means of delivery they select. Following review of the Confidential Supplement, the Court will determine whether further information from counsel is needed.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: July 27, 2021
       New York, New York