UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ZINC ANTITRUST LITIGATION

This document relates to:                                    14 Civ. 3728 (PAE)

ALL ACTIONS                                                        ORDER

PAUL A. ENGELMAYER, District Judge:

On February 2, 2022, the Court informed the parties that the fairness hearing in this case

would take place at 3:30 p.m.  Dkt. 320.  The hearing will now begin at 3:00 p.m. the same day,

February 16, 2022.  The Court directs counsel to inform all parties of this time change, as well as

any persons or entities who have indicated an interest in being heard.  Participants are directed to

review the District's COVID-19 protocols for courthouse entry, which are available online at

https://www.nysd.uscourts.gov/covid-19-coronavirus, to ensure that they will be able to gain

access to the courthouse.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: February 10, 2022
        New York, New York