IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ZINC ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 14 Civ. 3728 (PAE) |

## ORDER GRANTING SETTLEMENT CLASS COUNSEL'S MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES AND PLAINTIFFS' SERVICE AWARDS

This matter having come before the Court on February 16, 2022, the Court having considered all papers filed and proceedings held in connection with Settlement Class Counsel's Motion for Attorneys' Fees, Reimbursement of Litigation Expenses and Plaintiffs' Service Awards, and notice having been given to the Settlement Class as required by the Court's August 18, 2021 Preliminary Approval Order (ECF No. 306), the Court finds and orders as follows:

1. The Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all members of the Settlement Class.

2. Notice of the fee and expense application was provided to Settlement Class Members in a reasonable manner, and such notice complies with Rule 23(h)(1) of the Federal Rules of Civil Procedure. The Notice mailed to Settlement Class Members stated that Settlement Class Counsel would apply to the Court for an award of attorneys' fees not to exceed one-third of the $9,850,000 settlement amount plus litigation expenses incurred in the prosecution of the case in an amount not to exceed $800,000.

3. Settlement Class Counsel are hereby awarded attorneys' fees in the amount of $3,023,060.49 of the Settlement Fund. Having reviewed Settlement Class Counsel's application, the Court finds the requested amount of attorneys' fees to be fair, reasonable and appropriate.

4. Settlement Class Counsel's request for litigation expenses in the amount of $751,740.27 is hereby approved. The Court finds these expenses to be reasonable, appropriate and necessarily incurred for the prosecution and resolution of the Action.

5. Plaintiffs Oklahoma Steel and Wire Co., Inc., Iowa Steel and Wire Co., Southwestern Wire, Inc., and Jasper Materials, Inc. are hereby granted service awards in the aggregate amount of $20,000 (i.e., $10,000 to Jasper and $10,000 to Oklahoma Steel, Iowa Steel, and Southwestern collectively).

6. The Court finds these awards to be justified under the facts of this case and consistent with applicable legal authorities.

**IT IS SO ORDERED.**

Dated this 16th day of February, 2022.

*Paul A. Engelmayer*
Hon. Paul A. Engelmayer
United States District Judge