UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ZINC ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | 14 Civ. 3728 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record in its bench ruling today, the Court is granting plaintiffs' motions for final approval of the settlement and plan of allocation, Dkt. 311, and for attorneys' fees, litigation expenses, and service awards, Dkt. 313. The Clerk of the Court is respectfully directed to close all pending motions.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: February 16, 2022
      New York, New York